**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling Division**

**DIANA MEY,**
**individually and on behalf of a proposed class,**

**Plaintiff,**

**v.** **Civil Action No. 5:19-CV-237**

**JOHN DOE DEFENDANT I,**
**JOHN DOE DEFENDANT II, and**
**JOHN DOE DEFENDANT III,**

**Defendants.**

**ORDER GRANTING MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY VIA SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE**

On Plaintiff's motion under Federal Rule of Civil Procedure 26(d)(1), and for good cause shown, Plaintiff may serve subpoenas intended to identify the parties who made the telephone calls specified in the First Amended Class Action Complaint. Plaintiff shall have 120 days from the date this order is entered to issue those subpoenas, and shall report to the Court at the conclusion of that period regarding her efforts to identify the John Doe Defendants.

ORDERED this ___ day of ________________, 2019

_______________________________
JOHN PRESTON BAILEY, JUDGE