# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of West Virginia**

**Diana Mey, Individually and on behalf of a proposed class**

Plaintiff(s),

vs.

**John Doe Defendant I, et al.**

Defendant(s).

Attorney: John W. Barrett

Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW, #540
Washington DC 20007

*249396*

**Case Number: 5:19-civ-237**

Legal documents received by Same Day Process Service, Inc. on **12/05/2019** at **9:04 AM** to be served upon **AT&T Wireless Subpoena Compliance Center at 1200 South Pine Island Rd., Plantation, FL 33324**

I, **Michael Meyer**, swear and affirm that on **December 05, 2019** at **4:45 PM**, I did the following:

Served **AT&T Wireless Subpoena Compliance Center** by delivering a conformed copy of the **Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of FRCP 30(B)(6) Deposition of AT&T; Exhibits; Order Granting Motion for Leave to Conduct Limited Discovery via Subpoenas Prior to Rule 26(f) Conference** to **Monica Myrick** as **Associate Fulfillment Specialist & Authorized Agent** of **AT&T Wireless Subpoena Compliance Center** at **1200 South Pine Island Rd. , Plantation, FL 33324**.

**Description of Person Accepting Service:**
Sex: Female Age: 26 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

12/6/19

**Michael Meyer**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID: **249396**