# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of West Virginia**

**Diana Mey, individually and on behalf of a proposed class**

Plaintiff(s),

vs.

**John Doe Defendant I, et al.**

Defendant(s).

Attorney: John W. Barrett

Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW, #540
Washington DC 20007

*251992*

**Case Number: 5:19-civ-237 (Bailey)**

Legal documents received by Same Day Process Service, Inc. on **02/13/2020** at **2:10 PM** to be served upon **NOS Communications, Inc. (PIA AVOICS) at 250 Pilot Road, Suite 300 , Las Vegas, NV 89119**

I, **Susan Kruse NV State Lic #1469**, swear and affirm that on **February 13, 2020** at **12:55 PM**, I did the following:

Served **NOS Communications, Inc. (PIA AVOICS)** by delivering a conformed copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A** to **Diane Michelin** as **Director of Legal Compliance & Authorized Agent** of **NOS Communications, Inc. (PIA AVOICS)** at **250 Pilot Road, Suite 300 , Las Vegas, NV 89119**.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Susan Kruse NV State Lic #1469**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID: **251992**