# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of West Virginia**

**Diana Mey, individually and on behalf of a**

Plaintiff(s),

vs.

**John Doe Defendant I, et al**

Defendant(s).

Attorney: John W. Barrett

Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW, #540
Washington DC 20007

*254320*

**Case Number: 5:19-civ-237(Bailey)**

Legal documents received by Same Day Process Service, Inc. on **04/24/2020** at **10:25 AM** to be served upon **Bandwidth, Inc., by serving Corporation Service Company at 2626 Glenwood Ave., #550, Raleigh, NC 27608**

I, **Fred Lane**, swear and affirm that on **April 27, 2020** at **2:15 PM**, I did the following:

Served **Bandwidth, Inc., by serving Corporation Service Company** by delivering a conformed copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A** to **Colleen Walsh** as **Authorized Agent** of **Bandwidth, Inc., by serving Corporation Service Company** at **2626 Glenwood Ave., #550 , Raleigh, NC 27608.**

**Description of Person Accepting Service:**
Sex: Female Age: 48-52 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Red

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

[signature]

**Fred Lane**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID: **254320**

State of NC
County of WAKE
Subscribed and sworn to before me on this 28 day of April, 2020

Allison Cammarata
Signature of Notary Public

ALLISON CAMMARATA
Notary Public, North Carolina
Wake County
My Commission Expires
June 21, 2022