# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

**DIANA MEY, individually**
**and on behalf of a proposed class,**

    **Plaintiff,**

v.                                      **Civil Action No. 5:19-cv-00237-JPB**

**ALL ACCESS TELECOM, INC.;**
**BANDWIDTH INC.;**
**CENTURYLINK COMMUNICATIONS, LLC**
**and LEVEL 3 COMMUNICATIONS, LLC;**
**INTELIQUENT, INC.;**
**NOS COMMUNICATIONS, INC.; and**
**TELIAX, INC.;**

    **Defendants.**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Plaintiff Diana Mey, by counsel, hereby voluntarily dismisses without prejudice her claims against NOS Communications, Inc. pursuant to Rule 41(a)(1)(A)(i).  Each party shall bear their own attorneys' fees and costs.

Dated:  April 16, 2021

                                                      **Respectfully submitted,**
                                                        Plaintiff
                                                        By Counsel

*/s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile:  304-342-1110

JBarrett@baileyglasser.com
JMarshall@baileyglasser.com
BHogan@baileyglasser.com

William Howard (admitted *pro hac vice*)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500
Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

Yvette Golan (admitted *pro hac vice*)
THE GOLAN FIRM
2000 M Street NW, Suite 750-A
Washington, DC 20036
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
YGolan@tgfirm.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

**DIANA MEY, individually
and on behalf of a proposed class,**

    **Plaintiff,**

**v.**                                                    **Civil Action No. 5:19-cv-00237-JPB**

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC
and LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;
NOS COMMUNICATIONS, INC.; and
TELIAX, INC.;**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, John W. Barrett, hereby certify that on April 16, 2021, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

                                                             */s/ John W. Barrett*
                                                              John W. Barrett