# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY,<br>　　Individually and on<br>　　behalf of a proposed class,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL ACCESS TELECOM, INC.,<br>BANDWIDTH INC.,<br>CENTURYLINK, INC.,<br>d/b/a Lumen Technologies,<br>NOS COMMUNICATIONS, INC., and<br>TELIAX, INC.,<br><br>　　　　Defendants. | Case No.: 5:19-CV-00237-JPB |

## STIPULATION EXTENDING TIME FOR DEFENDANT INTELIQUENT, INC. TO FILE REPLY IN SUPPORT OF ITS JOINDER IN BANDWIDTH INC.'S MOTION FOR <u>PRIMARY JURISDICTION REFERRAL</u>

PLEASE TAKE NOTICE that Plaintiff Diana Mey ("Plaintiff"), by counsel, and Defendant Inteliquent Inc. ("Inteliquent"), by counsel, hereby stipulate and agree to extend the time for Inteliquent to file a reply to its Joinder in Defendant Bandwidth Inc.'s Motion for Primary Jurisdiction Referral by 10 days. Specifically, Inteliquent shall have until September 17, 2021, to file its reply.

Dated: September 7, 2021

Respectfully submitted by:

*/s/ M. David Griffith, Jr.*
Bryant J. Spann (WVSB #8628)
M. David Griffith, Jr. (WVSB #7720)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Phone: (304) 414-1800
Fax: (304) 414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com

Ezra D. Church (admitted *pro hac vice*)
Natalie M. Georges (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5710
Fax: 215.963.5001
ezra.church@morganlewis.com
natalie.georges@morganlewis.com

*Attorneys for Defendant Inteliquent, Inc.*


*/s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
Email: JBarrett@baileyglasser.com
Email: JMarshall@baileyglasser.com
Email: BHogan@baileyglasser.com

William Howard (admitted pro hac vice)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500
Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

Yvette Golan (admitted pro hac vice)
THE GOLAN FIRM
2000 M Street NW, Suite 750-A
Washington, DC 20036
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
Email: YGolan@tgfirm.com
*Counsel for Plaintiff*

2

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**WHEELING DIVISION**

**DIANA MEY, individually
and on behalf of a proposed class,**

    Plaintiff,

v.                                                                                  Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS,
LLC; LEVEL 3 COMMUNICATIONS,
LLC; INTELIQUENT, INC.;
AFFINITY NETWORK
INCORPORATED; and
TELIAX, INC.;**

    Defendants.

**CERTIFICATE OF SERVICE**

    I, M. David Griffith, Jr., counsel for defendant Inteliquent, Inc., hereby certify that on the 8th day of September 2021, I served the foregoing "**STIPULATION EXTENDING TIME FOR DEFENDANT INTELIQUENT, INC. TO FILE REPLY IN SUPPORT OF ITS JOINDER IN BANDWIDTH INC.'S MOTION FOR PRIMARY JURISDICTION REFERRAL**" upon all counsel of record and filed this Certificate of Service with the Clerk of the Court using the CM/ECF system, which will send notification of such service to the following:

| | |
|---|---|
| John W. Barrett, Esq. | William P. Howard, Esq. |
| Jonathan R. Marshall, Esq. | The Consumer Protection Firm, PLLC |
| Benjamin J. Hogan, Esq. | 4030 Henderson Boulevard |
| Bailey & Glasser, LLP | Tampa, FL 33629-4940 |
| 209 Capitol Street | Billy@TheConsumerProtectionFirm.com |
| Charleston, WV 25301 | *Counsel for Plaintiff* |
| jbarrett@baileyglasser.com | |
| jmarshall@baileyglasser.com | |
| bhogan@baileyglasser.com | |
| *Counsel for Plaintiff* | |

3

Yvette Golan, Esq.
The Golan Firm PLLC
2000 M Street NW, Suite 750 A
Washington, DC  20036-3307
gyolan@tgfirm.com
  *Counsel for Plaintiff*

Danielle Waltz, Esq.
Laura Ann Hoffman, Esq.
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV  25322
dwaltz@jacksonkelly.com
laura.hoffman@jacksonkelly.com
  *Counsel for Bandwidth, Inc.*

William H. Ihlenfeld, II, Esq.
Bowles Rice, LLP
P.O. Box 390
Wheeling, WV  26003
wihlenfeld@bowlesrice.com
  *Counsel for CenturyLink Communications, LLC and Level 3 Communications, LLC*

Carrie Goodwin Fenwick, Esq.
Goodwin & Goodwin, LLP
300 Summers Street, Suite 500
P.O. Box 2107
Charleston, WV  25328-2107
cgf@goodwingoodwin.com
  *Counsel for Affinity Network Incorporated*

Glenn T. Graham, Esq.
Lauri A. Mazzuchetti, Esq.
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
ggraham@kelleydrye.com
lmazzuchetti@kelleydrye.com
  *Counsel for Affinity Network Incorporated*

Jeffrey A. Holmstrand, Esq.
Jeffrey A. Grove, Esq.
Grove Holmstrand & Delk, PLLC
44 ½ 15th Street
Wheeling, WV  26003
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com
  *Counsel for All Access Telecom, Inc.*

Amy E. Richardson, Esq.
Harris, Wiltshire & Grannis LLP
1919 M Street NW, Eighth Floor
Washington DC 20036-3537
arichardson@hwglaw.com
  *Counsel for Bandwidth Inc.*

Russel S. Jones, Jr., Esq.
Robert V. Spake, Jr., Esq.
Elizabeth Marden, Esq.
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
rjones@polsinelli.com
rspake@polsinelli.com
lmarden@polsinelli.com
  *Counsel for CenturyLink Communications, LLC and Level 3 Communications, LLC*

*/s/M. David Griffith, Jr.*
M. David Griffith, Jr. (WV Bar No. 7720)