IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

**DIANA MEY, individually
and on behalf of a proposed class,**

    **Plaintiff,**

v.                                                Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;
AFFINITY NETWORK INCORPORATED; and
TELIAX, INC.;**

    **Defendants.**

**SECOND JOINT STIPULATION EXTENDING TIME
FOR PLAINTIFF TO FILE MOTIONS TO COMPEL REGARDING ALL
<u>DEFENDANTS' RESPECTIVE DISCOVERY RESPONSES</u>**

    PLEASE TAKE NOTICE that Plaintiff and Defendants, through their below counsel, hereby stipulate and agree to extend the time for Plaintiff to file a Motion to Compel regarding Defendants' respective responses to Plaintiff's first set of discovery requests.

1. Per a previously agreed to Joint Stipulation that was filed on November 11, 2021 (ECF No. 237), Plaintiff currently has until December 13, 2021 to file any Motions to Compel regarding Defendants' responses to Plaintiff's first set of discovery requests.  Per ECF No. 237, Defendants currently have until January 10, 2022 to file opposition responses to any Motions to Compel filed by Plaintiff.

2. Counsel for Plaintiff and Defendants have met and conferred and the parties are continuing to confer regarding their responses to Plaintiff's first set of discovery requests.

3. Parties stipulate and agree that Plaintiff shall have until January 5, 2022, to file any Motions to Compel regarding Defendants' responses to Plaintiff's first set of discovery requests. Parties further stipulate that Defendants will have until January 19, 2022 to file opposition responses to any Motions to Compel filed by Plaintiff.

Dated: December 10, 2021                                    Respectfully submitted by,

| | |
|---|---|
| */s/ John W. Barrett*_____<br>John W. Barrett (WV Bar No. 7289)<br>Jonathan R. Marshall (WV Bar No. 10580)<br>Benjamin J. Hogan (WV Bar No. 12997)<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Telephone: 304-345-6555<br>Facsimile: 304-342-1110<br>JBarrett@baileyglasser.com<br>JMarshall@baileyglasser.com<br>BHogan@baileyglasser.com<br><br>William Howard (admitted *pro hac vice*)<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>SunTrust Financial Center<br>Tampa, FL 33602<br>Telephone: 813-500-1500<br>Facsimile: 813-435-2369<br>Billy@TheConsumerProtectionFirm.com<br><br>Yvette Golan (admitted *pro hac vice*)<br>THE GOLAN FIRM<br>2000 M Street NW, Suite 750-A<br>Washington, DC 20036<br>Telephone: 866-298-4150 ext. 101<br>Facsimile: 928-441-8250<br>YGolan@tgfirm.com<br><br>*Counsel for Plaintiff* | */s/ Danielle Waltz*_____<br>Danielle Waltz (WVSB #10271)<br>Laura Hoffman (WSSB #12748)<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Charleston, WV 25301<br>Telephone: (304) 340-1000<br>Email: dwaltz@jacksonkelly.com<br>Email: laura.hoffman@jacksonkelly.com<br><br>Amy E. Richardson (*admitted pro hac vice*)<br>HARRIS WILTSHIRE & GRANNIS LLP<br>1919 M Street, NW 8th Floor<br>Washington, DC 20036<br>Telephone: (202)730-1329<br>Email: arichardson@hwglaw.com<br><br>*Counsel for Defendant Bandwidth Inc.* |

| | |
|---|---|
| */s/ M. David Griffith*<br>Bryant J. Spann (WVSB #8628)<br>M. David Griffith, Jr. (WVSB #7720)<br>THOMAS COMBS & SPANN, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, West Virginia 25301<br>Phone: (304) 414-1800<br>Fax: (304) 414-1801<br>bspann@tcspllc.com<br>dgriffith@tcspllc.com<br><br>Ezra D. Church (admitted *pro hac vice*)<br>Natalie M. Georges (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: 215.963.5710<br>Fax: 215.963.5001<br>ezra.church@morganlewis.com<br>natalie.georges@morganlewis.com<br><br>*Counsel for Defendant Inteliquent, Inc.* | */s/ Stuart A. McMillan*<br>Stuart A. McMillan (WVSB #6352)<br>Bowles Rice LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>Phone: (304) 347-1110<br>Fax: (304) 347-1746<br>smcmillan@bowlesrice.com<br><br>Russell S. Jones, Jr. (admitted *pro hac vice*)<br>Robert V. Spake, Jr. (admitted *pro hac vice*)<br>Elizabeth Marden (admitted *pro hac vice*)<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 753-1000<br>rjones@polsinelli.com<br>rspake@polsinelli.com<br>lmarden@polsinelli.com<br><br>*Counsel for Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC* |
| */s/ Jeffrey A. Holmstrand*<br>Jeffrey A. Holmstrand (#4893)<br>Jeffrey A. Grove (#6065)<br>GROVE HOLMSTRAND & DELK, PLLC<br>44 ½ 15th Street<br>Wheeling, West Virginia 26003<br>(304) 905-1961<br>jholmstrand@ghdlawfirm.com<br>jgrove@ghdlawfirm.com<br><br>*Counsel for Defendant All Access Telecom, Inc.* | /s/ *Carrie Goodwin Fenwick*<br>Carrie Goodwin Fenwick (WV Bar No. 7164)<br>Goodwin & Goodwin, LLP<br>P.O. Box 2107<br>Charleston, WV 25328-2107<br>(304) 346-7000<br>cgf@goodwingoodwin.com<br><br>Lauri A. Mazzuchetti (admitted pro hac vice)<br>Glenn T. Graham (admitted pro hac vice)<br>Kelley Drye & Warren LLP<br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 60606<br>(973) 503-5900 (telephone)<br>lmazzuchetti@kelleydrye.com<br>ggraham@kelleydrye.com<br><br>Becca J. Wahlquist (admitted pro hac vice)<br>Kelley Drye & Warren LLP<br>1800 Century Park East, Suite 600<br>Los Angeles, CA 90067 |

|  | (310) 712-6100 (telephone) <br> bwahlquist@kelleydrye.com <br><br> *Counsel for Defendant Affinity Network Inc.* |
|---|---|