IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

DIANA MEY, individually
and on behalf of a proposed class,

    Plaintiff,

v.                                                    Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC
and LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;
AFFINITY NETWORK INCORPORATED; and
TELIAX, INC.;

    Defendants.

## STIPULATION VOLUNTARILY DISMISSING
## PLAINTIFF'S CASE AGAINST DEFENDANT TELIAX, INC. WITHOUT PREJUDICE

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A), Plaintiff Diana Mey, through below counsel, stipulates to voluntarily dismiss without prejudice Plaintiff's claims against Defendant Teliax, Inc. Each party shall bear its own costs and attorneys' fees.

Dated: January 18, 2022                                     Respectfully submitted,

    */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile:  304-342-1110
JBarrett@baileyglasser.com
JMarshall@baileyglasser.com
BHogan@baileyglasser.com


William Howard (admitted *pro hac vice*)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500
Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

Yvette Golan (admitted *pro hac vice*)
THE GOLAN FIRM
2000 M Street NW, Suite 750-A
Washington, DC 20036
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
YGolan@tgfirm.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRIGINA

## Wheeling Division

**DIANA MEY, individually and**
**on behalf of a proposed class,**

    Plaintiff,

v.                                          Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;**
**BANDWIDTH INC.;**
**CENTURYLINK COMMUNICATIONS, LLC;**
**LEVEL 3 COMMUNICATIONS, LLC;**
**INTELIQUENT, INC.;**
**AFFINITY NETWORK INCORPORATED; and**
**TELIAX, INC.,**

    Defendants.

## CERTIFICATE OF SERVICE

I, John W. Barrett, hereby certify that on January 18, 2022, a true and correct copy of

**STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CASE AGAINST DEFENDANT TELIAX, INC. WITHOUT PREJUDICE** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                              /s/ John W. Barrett
                                                            John W. Barrett (WV Bar No. 7289)