IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRIGINA

Wheeling Division

DIANA MEY, individually and
on behalf of a proposed class,

    Plaintiff,

v.                                                             Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;
AFFINITY NETWORK INCORPORATED; and
TELIAX, INC.,

Defendants.

### [PROPOSED] ORDER FOR VOLUNTARY STIPULATED DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT TELIAX, INC.

AND NOW, this 18 day of Jan_____, 2022, upon consideration of the Voluntary stipulation, it is hereby ORDERED that all claims brought in this case against Defendant Teliax, Inc. are DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall bear its own costs and attorney's fees.

It is so ORDERED.

_____
JOHN PRESTON BAILEY
United States District Judge