# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

| | |
|---|---|
| DIANA MEY, | ) |
|     Individually and on | ) |
|     behalf of a proposed class, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 5:19-CV-00237-JPB |
| | ) |
| ALL ACCESS TELECOM, INC., | ) |
| BANDWIDTH INC., | ) |
| CENTURYLINK, INC., | ) |
| d/b/a Lumen Technologies, | ) |
| NOS COMMUNICATIONS, INC., and | ) |
| TELIAX, INC., | ) |
| | ) |
|     Defendants. | ) |

## JOINT STIPULATION OF EXTENSION OF TIME IN WHICH DEFENDANTS BANDWIDTH, INTELIQUENT, AND LUMEN MAY RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff and Defendants Bandwidth Inc. ("Bandwidth), Inteliquent, Inc. ("Inteliquent"), and CenturyLink Communications, LLC and Level 3 Communications, LLC ("Lumen"), through their below counsel, hereby stipulate and agree that Bandwidth, Inteliquent, and Lumen shall have until February 8, 2022 to respond to Plaintiff's Fourth Amended Complaint. (ECF No. 262).

Dated: January 25, 2022

Respectfully submitted by:

*/s/ John W. Barrett* _____
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
JBarrett@baileyglasser.com
JMarshall@baileyglasser.com
BHogan@baileyglasser.com

William Howard (admitted pro hac vice)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340 SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500
Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

Yvette Golan (admitted pro hac vice) THE GOLAN FIRM
2000 M Street NW, Suite 750-A
Washington, DC 20036
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
YGolan@tgfirm.com

*Counsel for Plaintiff*

*/s/ M. David Griffith, Jr.*_____
Bryant J. Spann (WVSB #8628)
M. David Griffith, Jr. (WVSB #7720)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, West Virginia 25301 Phone: (304) 414-1800
Fax: (304) 414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com

Ezra D. Church (admitted *pro hac vice*)
Natalie M. Georges (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5710
Fax: 215.963.5001
ezra.church@morganlewis.com
natalie.georges@morganlewis.com

*Counsel for Defendant Inteliquent, Inc.*

*/s/ Danielle Waltz* _____
 Danielle Waltz (WVSB #10271)
Laura Hoffman (WSSB #12748)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com
Email: laura.hoffman@jacksonkelly.com

Amy E. Richardson (admitted *pro hac vice*)
HARRIS WILTSHIRE & GRANNIS LLP
1919 M Street, NW 8th Floor
Washington, DC 20036
Telephone:  (202)730-1329
Email: arichardson@hwglaw.com

*Counsel for Defendant Bandwidth Inc.*

/s/ *William J. Ihlenfeld, II*
William J. Ihlenfeld, II (WVSB #7465)
Bowles Rice LLP
1217 Chapline Street
P.O. Box 390
Wheeling, WV 26003
Phone: (304) 230-1800
Fax: (304) 230-1819
wihlenfeld@bowlesrice.com

Russell S. Jones, Jr. (admitted *pro hac vice*)
Robert V. Spake, Jr. (admitted *pro hac vice*)
Elizabeth Marden (admitted *pro hac vice*)

POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
rjones@polsinelli.com
rspake@polsinelli.com
lmarden@polsinelli.com

*Counsel for Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| DIANA MEY,<br>    Individually and on<br>    behalf of a proposed class, | )<br>)<br>)<br>) | |
|     Plaintiff, | )<br>) | |
| v. | )<br>) | Case No.: 5:19-CV-00237-JPB |
| ALL ACCESS TELECOM, INC.,<br>BANDWIDTH INC.,<br>CENTURYLINK COMMUNICATIONS.,<br>LLC, d/b/a Lumen Technologies,<br>LEVEL 3 COMMUNICATIONS, LLC,<br>d/b/a Lumen Technologies,<br>INTELIQUENT, INC.;<br>NOS COMMUNICATIONS, INC., and<br>TELIAX, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Danielle M. Waltz, hereby certify that a copy of the foregoing "**JOINT STIPULATION OF EXTENSION OF TIME IN WHICH DEFENDANTS BANDWIDTH, INTELIQUENT, AND LUMEN MAY RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**" has been served upon all counsel of record, via the Clerk of the Court using the CM/ECF system and U.S. Mail, this 25 day of January, 2022.

                                                    */s/ Danielle Waltz*
                                                   Danielle Waltz (WVSB #10271)