IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

**DIANA MEY, individually
and on behalf of a proposed class,**

    **Plaintiff,**

v.                                                                             **Civil Action No. 5:19-cv-00237-JPB**

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.; and
AFFINITY NETWORK INCORPORATED**

    **Defendants.**

**PLAINTIFF AND DEFENDANT AFFINITY NETWORK INCORPORATED'S
JOINT MOTION FOR ENTERING OF CONSENT ORDER**

    Plaintiff and Defendant Affinity Network Incorporated ("ANI"), through their below counsel, jointly move the Court to enter the attached Consent Order.

1. Plaintiff and ANI have reached a settlement. As part of that settlement, both parties respectfully request the Court to enter the attached Consent Order.

2. Should the Court enter the attached Consent Order, Plaintiff will file a stipulation of voluntary dismissal under Rule 41(a)(1)(A)(ii) that dismisses her claims against ANI with prejudice, but without prejudice to the extent further proceedings are necessary to enforce the terms of the Consent Order.

Dated: February 18, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ John W. Barrett*<br>John W. Barrett (WV Bar No. 7289)<br>Jonathan R. Marshall (WV Bar No. 10580)<br>Benjamin J. Hogan (WV Bar No. 12997)<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Telephone: 304-345-6555<br>Facsimile:  304-342-1110<br>JBarrett@baileyglasser.com<br>JMarshall@baileyglasser.com<br>BHogan@baileyglasser.com<br><br>William Howard (admitted *pro hac vice*)<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>SunTrust Financial Center<br>Tampa, FL 33602<br>Telephone: 813-500-1500<br>Facsimile: 813-435-2369<br>Billy@TheConsumerProtectionFirm.com<br><br>Yvette Golan (admitted *pro hac vice*)<br>THE GOLAN FIRM<br>2000 M Street NW, Suite 750-A<br>Washington, DC 20036<br>Telephone: 866-298-4150 ext. 101<br>Facsimile: 928-441-8250<br>YGolan@tgfirm.com<br><br>*Counsel for Plaintiff* | /s/ *Becca J. Wahlquist*<br>Becca J. Wahlquist (admitted pro hac vice)<br>Kelley Drye & Warren LLP<br>1800 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>(310) 712-6100 (telephone)<br>bwahlquist@kelleydrye.com<br><br>Carrie Goodwin Fenwick (WV Bar No. 7164)<br>Goodwin & Goodwin, LLP<br>P.O. Box 2107<br>Charleston, WV 25328-2107<br>(304) 346-7000<br>cgf@goodwingoodwin.com<br><br>Lauri A. Mazzuchetti (admitted pro hac vice)<br>Glenn T. Graham (admitted pro hac vice)<br>Kelley Drye & Warren LLP<br>One Jefferson Road, 2$_{nd}$ Floor<br>Parsippany, NJ 60606<br>(973) 503-5900 (telephone)<br>lmazzuchetti@kelleydrye.com<br>ggraham@kelleydrye.com<br><br>*Counsel for Defendant Affinity Network Incorporated* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

**DIANA MEY, individually
and on behalf of a proposed class,**

    Plaintiff,

v.                                                                              Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.; and
AFFINITY NETWORK INCORPORATED**

    Defendants.

## CERTIFICATE OF SERVICE

I, John W. Barrett, hereby certify that on February 18, 2022, a true and correct copy of **PLAINTIFF AND DEFENDANT AFFINITY NETWORK INCORPORATED'S JOINT MOTION FOR ENTERING OF CONSENT ORDER** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                       /s/ John W. Barrett
                                                  John W. Barrett (WV Bar No. 7289)