IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

**DIANA MEY, individually
and on behalf of a proposed class,**

    **Plaintiff,**

v.                                                        Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC
and LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.; and
AFFINITY NETWORK INCORPORATED**

    **Defendants.**

## [~~PROPOSED~~] CONSENT ORDER

Plaintiff Diana Mey and Defendant Affinity Network Incorporated ("ANI") agree to the relief sought below, and by entering this Order, the Court Orders as follows:

1. ANI shall, within 180 days of the date of voluntary dismissal, and for a period of three years after the date of voluntary dismissal, will implement reasonable efforts to halt the pass-through of 000-000-0000 calls unless the call is known to be from a legitimate governmental source, such as law enforcement, or where ANI permits such calls in order to avoid blocking emergency calls. Nothing in this stipulation shall require the blocking of verified emergency calls regardless of the number that appears in the call flow.

2. ANI will verify to Plaintiff's counsel within 180 days of voluntary dismissal that it has made these technical changes.

3. The Court will maintain jurisdiction over the interpretation, implementation, administration, and enforcement of this Agreement.

ORDERED this 22 day of Feb., 2022.

_____
JOHN PRESTON BAILEY, JUDGE