IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

DIANA MEY, individually
and on behalf of a proposed class,

    Plaintiff,

v.                                              Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC
and LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.; and
AFFINITY NETWORK INCORPORATED

    Defendants.

## STIPULATION VOLUNTARILY DISMISSING
## PLAINTIFF'S CASE AGAINST DEFENDANT
## AFFINITY NETWORK INCORPORATED WITH PREJUDICE

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A), Plaintiff Diana Mey, through below counsel, stipulates to voluntarily dismiss with prejudice Plaintiff's claims against Defendant Affinity Network Incorporated. Each party shall bear its own costs and attorneys' fees.

Dated: March 3, 2022                                       Respectfully submitted,

     /s/ John W. Barrett  
John W. Barrett (WV Bar No. 7289)  
Jonathan R. Marshall (WV Bar No. 10580)  
Benjamin J. Hogan (WV Bar No. 12997)  
BAILEY & GLASSER LLP  
209 Capitol Street  
Charleston, WV 25301  
Telephone: 304-345-6555  
Facsimile:  304-342-1110  
JBarrett@baileyglasser.com  
JMarshall@baileyglasser.com  
BHogan@baileyglasser.com  


William Howard (admitted *pro hac vice*)  
THE CONSUMER PROTECTION FIRM  
401 East Jackson Street, Suite 2340  
SunTrust Financial Center  
Tampa, FL 33602  
Telephone: 813-500-1500  
Facsimile: 813-435-2369  
Billy@TheConsumerProtectionFirm.com  

Yvette Golan (admitted *pro hac vice*)  
THE GOLAN FIRM  
2000 M Street NW, Suite 750-A  
Washington, DC 20036  
Telephone: 866-298-4150 ext. 101  
Facsimile: 928-441-8250  
YGolan@tgfirm.com  

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRIGINA

Wheeling Division

**DIANA MEY, individually and
on behalf of a proposed class,**

    Plaintiff,

v.                                             Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;  and
AFFINITY NETWORK INCORPORATED**

    Defendants.

## CERTIFICATE OF SERVICE

I, John W. Barrett, hereby certify that on March 3, 2022, a true and correct copy of **STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CASE AGAINST DEFENDANT AFFINITY NETWORK INCORPORATED WITH PREJUDICE** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                          /s/ John W. Barrett
                                                          John W. Barrett (WV Bar No. 7289)