IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRIGINA

Wheeling Division

DIANA MEY, individually and
on behalf of a proposed class,

    Plaintiff,

v.   Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC.;
BANDWIDTH INC.;
CENTURYLINK COMMUNICATIONS, LLC;
LEVEL 3 COMMUNICATIONS, LLC;
INTELIQUENT, INC.;  and
AFFINITY NETWORK INCORPORATED

    Defendants.

**[PROPOSED] ORDER FOR VOLUNTARY STIPULATED DISMISSAL
WITH PREJUDICE AGAINST DEFENDANT
AFFINITY NETWORK INCORPORATED**

AND NOW, this __3__ day of ____Mar.____, 2022, upon consideration of the Voluntary stipulation, it is hereby ORDERED that all claims brought in this case against Defendant Affinity Network Incorporated are DISMISSED WITH PREJUDICE.  It is further ORDERED that each party shall bear its own costs and attorney's fees.

It is so ORDERED.

JOHN PRESTON BAILEY
United States District Judge