# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

| | |
|---|---|
| DIANA MEY, individually and on behalf of a proposed class, <br><br> Plaintiff, <br><br> v. <br><br> ALL ACCESS TELECOM, INC.; BANDWIDTH INC.; CENTURYLINK COMMUNICATIONS, LLC; LEVEL 3 COMMUNICATIONS, LLC; INTELIQUENT, INC.; AFFINITY NETWORK INCORPORATED; and TELIAX, INC., <br><br> Defendants. | Civil Action No. 5:19-cv-00237-JPB |

### JOINT MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND CONTINUE HEARING ON CO-DEFENDANTS' MOTIONS TO COMPEL

Plaintiff Diana Mey ("Plaintiff") and Co-Defendants Inteliquent, Inc. ("Inteliquent"), Bandwidth, Inc. ("Bandwidth"), and CenturyLink Communications, LLC and Level 3 Communications, LLC ("Lumen") (collectively, "the Parties"), by counsel, respectfully move the Court to (1) set one consolidated briefing schedule with respect to Plaintiff's outstanding memoranda in opposition to, and Co-Defendants' replies in support of, the pending Motions to Compel Discovery from Plaintiff ("Motions"), and (2) reset the hearing dates on Co-Defendants' Motions to Compel. Docket Nos. 321, 334, and 335, respectively. The currently scheduled date of oral argument for Co-Defendants' Motions is March 29, 2022. Docket Nos. 326, 336. To accommodate the schedules of counsel for each Party, the Parties respectfully request the Court to

continue the hearing date on the collective Motions to **April 19, 2022**, or, in the alternative, **April 20, 2022**. The Parties also propose the following briefing schedule as it relates to such Motions:

- Plaintiff shall file a consolidated Response to Co-Defendants Inteliquent and Bandwidth's Motions to Compel by **March 29, 2022**.

- All Co-Defendants shall file their Replies to Plaintiff's Response to Lumen's Motion to Compel, and Plaintiff's Consolidated Response to Co-Defendants Inteliquent and Bandwidth's Motions to Compel, by **April 5, 2022**.

In support of this motion, the Parties state as follows:

1) On March 7, 2022, Lumen filed its Motion to Compel Discovery from Plaintiff. Docket No. 321.

2) By Order dated March 8, 2022, the Court set such motion for hearing on March 29, 2022. Docket No. 326.

3) On March 21, 2022, Plaintiff filed its Response in Opposition to Lumen's Motion to Compel Discovery from Plaintiff. Docket No. 339.

4) On March 15, 2022, Inteliquent and Bandwidth each filed their Motions to Compel Discovery from Plaintiff. Docket No. 334; 335.

5) By Order dated March 16, 2022, the Court set such motions for hearing on March 29, 2022. Docket No. 336.

6) To preserve court resources and streamline the outstanding discovery disputes before the Court, the Parties consulted regarding their willingness to agree to one consolidated briefing schedule, as well as agree to a continuance of the hearing date.

7) The Parties are available on either April 19, 2022, or, in the alternative, April 20, 2022, for a rescheduled, consolidated hearing.

Accordingly, the Parties respectfully request the Court grant this motion and (1) set a consolidated briefing schedule for Plaintiff's outstanding response opposing Inteliquent's and Bandwidth's Motion to Compel Discovery from Plaintiff, as well as all Co-Defendants' replies in support of the pending Motions, and (2) reset the hearing dates on Co-Defendants' Motions to Compel.

Dated: March 22, 2022                  Respectfully submitted,

    By: **M. David Griffith, Jr.**
Bryant J. Spann (WVSB #8628)
M. David Griffith, Jr. (WVSB #7720)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Phone: (304) 414-1800
Fax: (304) 414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com

Ezra D. Church (admitted *pro hac vice*)
Natalie M. Georges (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5710
Fax: 215.963.5001
ezra.church@morganlewis.com
natalie.georges@morganlewis.com

*Counsel for Defendant Inteliquent, Inc.*

**/s/ *John W. Barrett***
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
bhogan@baileyglasser.com

William P. Howard, Esq. (admitted *pro hac vice*)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500

4

Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

Yvette Golan, Esq. (admitted *pro hac vice*)
THE GOLAN FIRM
529 14th Street, NW, Suite 914
Washington, DC 20045
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
YGolan@tgfirm.com

*Counsel for Plaintiffs*

*/s/ **Danielle Waltz***
Danielle Waltz (WVSB #10271)
Laura Hoffman (WSSB #12748)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com
Email: laura.hoffman@jacksonkelly.com

Amy E. Richardson (admitted *pro hac vice*)
HARRIS WILTSHIRE & GRANNIS LLP
1919 M Street, NW 8th Floor
Washington, DC 20036
Telephone: (202)730-1329
Email: arichardson@hwglaw.com

*Counsel for Defendant Bandwidth Inc.*

*/s/ **Stuart A. McMillan***
Stuart A. McMillan (WVSB #6352)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com

Russell S. Jones, Jr. (admitted *pro hac vice*)
Robert V. Spake, Jr. (admitted *pro hac vice*)
Elizabeth Marden (admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112

5

Telephone: (816) 753-1000
rjones@polsinelli.com
rspake@polsinelli.com
lmarden@polsinelli.com

*Counsel for Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

| | |
|---|---|
| DIANA MEY, individually and on behalf of a proposed class, | Civil Action No. 5:19-cv-00237-JPB |
| Plaintiff, | |
| v. | |
| ALL ACCESS TELECOM, INC.; BANDWIDTH INC.; CENTURYLINK COMMUNICATIONS, LLC; LEVEL 3 COMMUNICATIONS, LLC; INTELIQUENT, INC.; AFFINITY NETWORK INCORPORATED; and TELIAX, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, M. David Griffith, Jr., counsel for Defendant Inteliquent, Inc., hereby certify that on the 22nd day of March 2022, I electronically filed the foregoing *Joint Motion to Set Consolidated Briefing Schedule and Continue Hearing on Co-Defendants' Motions to Compel* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Benjamin J. Hogan (WV Bar No. 12997)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
bhogan@baileyglasser.com

*Counsel for Plaintiff*

Yvette Golan, Esq. (admitted *pro hac vice*)
THE GOLAN FIRM
529 14th Street, NW, Suite 914
Washington, DC 20045
Telephone: 866-298-4150 ext. 101
Facsimile: 928-441-8250
YGolan@tgfirm.com

*Counsel for Plaintiff*

Stuart A. McMillan (WVSB #6352)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com

*Counsel for Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC*

Russell S. Jones, Jr. (admitted *pro hac vice*)
Robert V. Spake, Jr. (admitted *pro hac vice*)
Elizabeth Marden (admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
rjones@polsinelli.com

William P. Howard, Esq. (*admitted pro hac vice*)
THE CONSUMER PROTECTION FIRM
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: 813-500-1500
Facsimile: 813-435-2369
Billy@TheConsumerProtectionFirm.com

*Counsel for Plaintiff*

Danielle Waltz (WVSB #10271)
Laura Hoffman (WSSB #12748)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com
Email: laura.hoffman@jacksonkelly.com

*Counsel for Defendant Bandwidth Inc.*

Amy E. Richardson (*admitted pro hac vice*)
HARRIS WILTSHIRE & GRANNIS LLP
1919 M Street, NW 8th Floor
Washington, DC 20036
Telephone: (202)730-1329
Email: arichardson@hwglaw.com

*Counsel for Defendant Bandwidth Inc.*

8

rspake@polsinelli.com
lmarden@polsinelli.com

*Counsel for Defendants CenturyLink*
*Communications, LLC and Level 3*
*Communications, LLC*

                                                                        */s/ M. David Griffith, Jr.*

                                                                        M. David Griffith, Jr. (WV Bar No. 7720)