UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually and on
behalf of a proposed class,

        Plaintiff,

v.                                                                                    **CIVIL ACTION NO. 5:19-CV-237**
                                                                                Judge Bailey

**ALL ACCESS TELECOM, INC.
BANDWIDTH, INC.
CENTURYLINK COMMUNICATIONS, LLC,
LEVEL 3 COMMUNICATIONS, LLC,** and
**INTELIQUENT, INC.,**

        Defendants.

**ORDER TO SHOW CAUSE**

On March 23, 2022, Magistrate Judge Mazzone granted plaintiff's Motion to Compel, directing the parties to have their respective experts/relevant personnel meet and confer in person with each other over the next thirty (30) days to discuss and/or resolve issues related to producing the compelled discovery.

On April 15, 2022, plaintiff filed a Motion to Compel All Access Telecom Inc.'s Compliance with the Court's Order [Doc. 354]. Therein, plaintiff states All Access Telecom Inc. (hereinafter "AAT") has refused to comply and has ignored plaintiff's repeated efforts to schedule an in-person conference. *See* [Doc. 354].

Moreover, plaintiff's also filed a Motion to Compel Lumen Technology's Compliance with the Court's Order [Doc. 356]. Therein, plaintiff also states Lumen Technology refuses

1

to comply, refuses to allow the in-person discussion, and refuses to allow a discussion between plaintiff's expert and its qualified personnel.

For reasons appearing to the Court, a Show Cause hearing is hereby **SCHEDULED** for **Thursday, April 28, 2022, at 11:30 a.m.** before Judge John Preston Bailey in the Frederick P. Stamp, Jr. Federal Building and United States Courthouse, North Courtroom, in Wheeling, West Virginia, for the defendants to explain why this Court should not hold them in contempt and be sanctioned under the discovery rules.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein.

**DATED**: April 18, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE