IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually and on behalf of a proposed class,

        Plaintiff,

v.

**ALL ACCESS TELECOM, INC,
BANDWIDTH INC., CENTURY LINK, INC.** d/b/a Lumen Technologies, **LEVEL 3 COMMUNICATIONS, LLC,** d/b/a Bandwidth Technologies,
**INTELIQUENT, INC.,
NOS COMMUNICATIONS, INC.,** and
**TELIAX, INC.,**

        Defendants.

CIVIL ACTION NO. 5:19-CV-237
Judge Bailey

## ORDER SETTING CONFERENCE

On April 28, 2022, this matter came before this Court for a Show Cause hearing. Based upon the arguments asserted at the hearing, this Court hereby **ORDERS** that an in-person conference between the **parties' experts exclusively** will take place on **May 5, 2022, at 10:00 a.m.** at the Frederick P. Stamp, Jr. Federal Building, Courtroom North, in Wheeling, West Virginia.

The following individuals are **DIRECTED** to attend in-person:

**Jeffrey Hansen**

**Todd Engle**

**Gary Davis**

1

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 29, 2022.

*[signature]*

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**