IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

**DIANA MEY, individually
and on behalf of a proposed class,**

    **Plaintiff,**

vs.                                                    Case No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, et al.,**

    **Defendants.**

**Joint Stipulation Extending Time by which Plaintiff May File Objections to Court's Orders
Granting Defendants Inteliquent, Inc. and Lumen's Respective Motions to Compel**

So the parties may attempt to reach an agreement of outstanding issues relating to Plaintiff Diana Mey's responses to Defendants Inteliquent and Lumen's discovery to Plaintiff, Plaintiff and Defendants Inteliquent Inc. and Lumen stipulate to a short extension of time by which Plaintiff may file objections to the Court's respective orders granting Inteliquent, Inc. and Lumen's motions to compel.

In support, the Parties state the following:

1.    On May 6, 2022, the Court issued an order (ECF No. 391) granting Inteliquent's Motion to Compel. Per the Court's order, "[a]ny party, may within FOURTEEN DAYS of this Order, file with the Clerk of the Court written objections identifying the portions of the Order to which objection is made, and the basis for such objection." (ECF No. 391 at 10.)

2.    This makes objections currently due on May 20, 2022.

3.    On May 4, 2022, the Court issued an order (ECF No. 387) granting Lumen defendants' Motion to Compel. Per the Court's order, "[a]ny party, may within FOURTEEN DAYS of this Order, file with the Clerk of the Court written objections identifying the portions

1

of the Order to which objection is made, and the basis for such objection." (ECF No. 387 at 22-23.)

4. This makes objections currently due on May 18, 2022.

5. The parties, however, wish to meet and confer to attempt to resolve all discovery disputes decided in the Orders in the hope of avoiding further motions practice. The parties therefore stipulate to May 27, 2022 as the deadline for Plaintiff to file objections to the Court's orders granting Inteliquent and Lumen's motions to compel.

6. Should the Court adopt and enter this Stipulation, Plaintiff's new deadline to file objections to the Court's orders granting Inteliquent and Lumen's motions to compel would be May 27, 2022.

Dated: May 18, 2022                                                 Respectfully submitted,

| */s/ John W. Barrett* | */s/ Natalie M. Georges* |
|---|---|
| John W. Barrett (WV Bar No. 7289) | Ezra D. Church (admitted *pro hac vice*) |
| Jonathan R. Marshall (WV Bar No. 10580) | Natalie M. Georges (admitted *pro hac vice*) |
| Benjamin J. Hogan (WV Bar No. 12997) | MORGAN, LEWIS & BOCKIUS LLP |
| BAILEY & GLASSER LLP | 1701 Market Street |
| 209 Capitol Street | Philadelphia, PA 19103 |
| Charleston, WV 25301 | Phone: 215.963.5710 |
| Telephone: 304-345-6555 | Fax: 215.963.5001 |
| Facsimile: 304-342-1110 | ezra.church@morganlewis.com |
| JBarrett@baileyglasser.com | natalie.georges@morganlewis.com |
| JMarshall@baileyglasser.com | |
| BHogan@baileyglasser.com | Bryant J. Spann (WVSB #8628) |
| | M. David Griffith, Jr. (WVSB #7720) |
| William Howard (admitted *pro hac vice*) | THOMAS COMBS & SPANN, PLLC |
| THE CONSUMER PROTECTION FIRM | 300 Summers Street, Suite 1380 |
| 401 East Jackson Street, Suite 2340 | Charleston, West Virginia 25301 |
| SunTrust Financial Center | Phone: (304) 414-1800 |
| Tampa, FL 33602 | Fax: (304) 414-1801 |
| Telephone: 813-500-1500 | bspann@tcspllc.com |
| Facsimile: 813-435-2369 | dgriffith@tcspllc.com |
| Billy@TheConsumerProtectionFirm.com | |
| | *Counsel for Defendant Inteliquent, Inc.* |
| Yvette Golan (admitted *pro hac vice*) | |
| THE GOLAN FIRM | |

| | |
|---|---|
| 529 14th Street NW Suite 914<br>Washington, DC 20045<br>Telephone: 866-298-4150 ext. 101<br>Facsimile: 928-441-8250<br>YGolan@tgfirm.com<br><br>*Counsel for Plaintiff* | |
| */s/ Stuart A. McMillan*<br>Stuart A. McMillan (WVSB #6352)<br>Bowles Rice LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>(304) 347-1110<br>Fax: (304) 347-1746<br>smcmillan@bowlesrice.com<br><br>Russell S. Jones, Jr. (admitted *pro hac vice*)<br>Robert V. Spake, Jr. (admitted *pro hac vice*)<br>Elizabeth Marden (admitted *pro hac vice*)<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>(816) 753-1000<br>rjones@polsinelli.com<br>rspake@polsinelli.com<br>lmarden@polsinelli.com<br><br>*Attorneys for Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC* | |

ORDERED this __ day of _____, 2022.

_____
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE