# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRIGINIA

### Wheeling Division

DIANA MEY, individually
and on behalf of a proposed class,

  **Plaintiff,**

vs.            **Case No. 5:19-cv-00237-JPB**

ALL ACCESS TELECOM, et al.,

  **Defendants.**

**Second Joint Stipulation Extending Time by which Plaintiff May File Objections to Court's Orders Granting Defendants Inteliquent, Inc. and Lumen's Respective Motions to Compel**

  So the parties may attempt to reach an agreement of outstanding issues relating to Plaintiff Diana Mey's responses to Defendants Inteliquent and Lumen's discovery to Plaintiff, Plaintiff and Defendants Inteliquent Inc. and Lumen stipulate to a second seven-day extension of time by which Plaintiff may file objections to the Court's respective orders granting Inteliquent, Inc. and Lumen's motions to compel.

  In support, the Parties state the following:

  1.  Currently, objections to the Court's orders granting Inteliquent's Motion to Compel (ECF No. 391) and Lumen's Motion to Compel (ECF No. 387) are due May 27, 2022.

  2.  The parties have met and conferred and wish to continue to meet and confer to attempt to resolve all discovery disputes decided in the Orders in the hope of avoiding further motions practice.  The parties therefore stipulate to June 3, 2022 as the deadline for Plaintiff to file objections to the Court's orders granting Inteliquent and Lumen's motions to compel.

3.      Should the Court adopt and enter this second Stipulation, Plaintiff's new deadline

to file objections to the Court's order granting Inteliquent and Lumen's motions to compel would

be June 3, 2022.

Dated:  May 27, 2022                              Respectfully submitted,

| | |
|---|---|
| */s/ John W. Barrett*<br>John W. Barrett (WV Bar No. 7289)<br>Jonathan R. Marshall (WV Bar No. 10580)<br>Benjamin J. Hogan (WV Bar No. 12997)<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Telephone: 304-345-6555<br>Facsimile:  304-342-1110<br>JBarrett@baileyglasser.com<br>JMarshall@baileyglasser.com<br>BHogan@baileyglasser.com<br><br>William Howard (admitted *pro hac vice*)<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>SunTrust Financial Center<br>Tampa, FL 33602<br>Telephone: 813-500-1500<br>Facsimile: 813-435-2369<br>Billy@TheConsumerProtectionFirm.com<br><br>Yvette Golan (admitted *pro hac vice*)<br>THE GOLAN FIRM<br>529 14th Street NW Suite 914<br>Washington, DC 20045<br>Telephone: 866-298-4150 ext. 101<br>Facsimile: 928-441-8250<br>YGolan@tgfirm.com<br><br>*Counsel for Plaintiff* | */s/ Natalie M. Georges*<br>Ezra D. Church (admitted *pro hac vice*)<br>Natalie M. Georges (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: 215.963.5710<br>Fax: 215.963.5001<br>ezra.church@morganlewis.com<br>natalie.georges@morganlewis.com<br><br>Bryant J. Spann (WVSB #8628)<br>M. David Griffith, Jr. (WVSB #7720)<br>THOMAS COMBS & SPANN, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, West Virginia 25301<br>Phone: (304) 414-1800<br>Fax: (304) 414-1801<br>bspann@tcspllc.com<br>dgriffith@tcspllc.com<br><br>*Counsel for Defendant Inteliquent, Inc.* |
| */s/ Stuart A. McMillan*<br>Stuart A. McMillan (WVSB #6352)<br>Bowles Rice LLP<br>600 Quarrier Street<br>Charleston, WV 25301 | |

(304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com

Russell S. Jones, Jr. (admitted *pro hac vice*)
Robert V. Spake, Jr. (admitted *pro hac vice*)
Elizabeth Marden (admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
rjones@polsinelli.com
rspake@polsinelli.com
lmarden@polsinelli.com

*Attorneys for Defendants CenturyLink*
*Communications, LLC and Level 3*
*Communications, LLC*

ORDERED this 31 day of ___M-7___, 2022.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE