# EXHIBIT C

An official website of the United States government.   Here's how you know.   Log in to PACER Systems


Party Search Results

**Search Criteria:** Party Search; Date Filed From (On or After): [01/01/2010]; Date Filed To (On or Before): [03/21/2022]; Last Name: [Mey]; First Name: [Diana]; Party Role: [PLA]
**Result Count:** 51 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2015cv02125 |
| Case Title | Mey v. Bumble Bee Foods LLC et al |
| Court | California Southern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2015md02670 |
| Case Title | IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION |
| Court | California Southern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2013cv01191 |
| Case Title | Mey v. Frontier Communications Corporation |
| Court | Connecticut District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2014cv01214 |
| Case Title | Mey v. Survey Sampling International, LLC |
| Court | Connecticut District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | MEY, DIANA (pla) |
| Case Number | 1:2017cv02350 |
| Case Title | MEY v. WPA INTELLIGENCE |
| Court | District Of Columbia District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 6:2015cv00109 |
| Case Title | Mey v. Hilton Grand Vacations Company, LLC |
| Court | Florida Middle District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2015cv00463 |
| Case Title | Mey v. Enterprise Financial Group, Inc. et al |
| Court | Florida Middle District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 6:2016cv01823 |
| Case Title | Mey v. Festiva Development Group, Inc. et al |
| Court | Florida Middle District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 1:2014cv01846 |
| Case Title | Mey v. Interstate National Dealer Services, Inc. et al |
| Court | Georgia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2012cv01721 |
| Case Title | Mey et al v. Honeywell International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2011cv00090 |
| Case Title | Mey v. Monitronics International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2015cv02125 |
| Case Title | Mey v. Bumble Bee Foods LLC et al |
| Court | Judicial Panel On Multidistrict Litigati |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 1:2021mc91020 |
| Case Title | Mey v. Eblubox, LLC et al |
| Court | Massachusetts District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2014cv11331 |
| Case Title | Mey v. North American Bancard, LLC |
| Court | Michigan Eastern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2020cv01349 |
| Case Title | United States v. Real Time Physicians LLC et al |
| Court | Nevada District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2017cv04575 |
| Case Title | Mey v. Franklin First Financial, Ltd. |
| Court | New York Eastern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 1:2015cv00854 |
| Case Title | Mey v. Yellowstone Capital, LLC |
| Court | New York Southern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 3:2017cv00751 |
| Case Title | Mey v. Radial Insight LLC |
| Court | Virginia Eastern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2011cv00090 |
| Case Title | Mey v. Monitronics International, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2011cv00098 |
| Case Title | Mey v. Credit Bureau Collection Services, Inc. |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 1:2013md02493 |
| Case Title | Monitronics International, Inc., Telephone Consumer Protection Act Litigation |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2014cv00022 |
| Case Title | Mey v. North American Bancard, LLC |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 1:2014cv00059 |
| Case Title | Mey et al v. Honeywell International, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2014cv00123 |
| Case Title | Mey v. Venture Data, LLC |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2015cv00027 |
| Case Title | Mey v. Patriot Payment Group, LLC |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2015cv00101 |
| Case Title | Mey v. Got Warranty, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2016cv00131 |
| Case Title | Mey v. Sporn et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2016cv00158 |
| Case Title | Mey v. Titan Gas, LLC |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2017cv00058 |
| Case Title | Mey v. Festiva Development Group, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2017cv00131 |
| Case Title | Mey v. Livefree Emergency Response, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2017cv00167 |
| Case Title | Mey v. RTI International |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00054 |
| Case Title | Mey v. One United Fidelity Group, LLC et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2017cv00179 |
| Case Title | Mey v. DirecTV, LLC et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00059 |
| Case Title | Mey v. Tours Consulting LLC et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00123 |
| Case Title | Mey v. Charter Communications, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00161 |
| Case Title | Mey v. Protect America, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00166 |
| Case Title | Mey v. Environmental Safety International, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2018cv00178 |
| Case Title | Mey v. Stay Safe Alert, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00168 |
| Case Title | Mey v. Mediverse LLC et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00176 |
| Case Title | Mey v. Monitronics International, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00185 |
| Case Title | Mey v. Castle Law Group, PC et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00237 |
| Case Title | Mey v. John Doe Defendant I et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00315 |
| Case Title | Mey v. Medguard Alert, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2019cv00332 |
| Case Title | Mey v. Adventis, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2020cv00033 |
| Case Title | Mey v. One United Fidelity Group, LLC |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2020cv00087 |
| Case Title | Mey v. G1 Consulting, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2020cv00209 |
| Case Title | Mey v. ADT, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 5:2021cv00062 |
| Case Title | Mey v. Matrix Warranty Solutions, Inc. et al |
| Court | West Virginia Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Mey, Diana (pla) |
| Case Number | 2:2012cv01721 |
| Case Title | Mey et al v. Honeywell International, Inc. et al |
| Court | West Virginia Southern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Meyer, Diana (pla) |
| Case Number | 1:2016cv09390 |
| Case Title | Flora Gillespie, et al. v. St Regis Residence Club, New York Inc., et al. |
| Court | New York Southern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |
| Party Name | Meyerhoff, Diana Jo (pla) |
| Case Number | 3:2012cv03046 |
| Case Title | Meyerhoff v. Commissioner of Social Security |
| Court | Iowa Northern District Court |
| NOS | |
| Date Filed | |
| Date Closed | |

**PACER Service Center**    03/21/2022 09:59:25

| | |
|---|---|
| User | BG0309bg |
| Client Code | Mey/All Access |
| Description | All Court Types Party Search |
| | All Courts; Name Mey, Diana; Role pla; All Courts; Date Filed 01/01/2010 to 03/21/2022; Page: 1 |
| Billable Pages | 1 ($0.10) |

PACER FAQ          Privacy & Security          Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov