IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually and on
behalf of a proposed class,

        Plaintiff,

v.                                  **CIVIL ACTION NO. 5:19-CV-237**
                                        Judge Bailey

**ALL ACCESS TELECOM, INC,
BANDWIDTH INC., CENTURY LINK, INC.**
d/b/a Lumen Technologies, **LEVEL 3
COMMUNICATIONS, LLC,** d/b/a
Bandwidth Technologies,
**INTELIQUENT, INC.,
NOS COMMUNICATIONS, INC.,** and
**TELIAX, INC.,**

        Defendants.

## ORDER

Pending before this Court are Plaintiff's Objections to Magistrate's Discovery Order [Doc. 439]. Defendant Lumen filed a Response [Doc. 449].

Having reviewed the Magistrate Judge's Discovery Order [Doc. 425] in its entirety, this Court finds no error therein and, therefore, Plaintiff's Objections to Magistrate's Discovery Order [Doc. 439] are **OVERRULED**.

It is so **ORDERED**.

DATED: July **27**, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1