# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY,       Individually and on       behalf of a proposed class,<br><br>            Plaintiff,<br><br>     v.<br><br>ALL ACCESS TELECOM, INC.,<br>BANDWIDTH INC.,<br>CENTURYLINK COMMUNICATIONS.,<br>LLC, d/b/a Lumen Technologies,<br>LEVEL 3 COMMUNICATIONS, LLC,<br>d/b/a Lumen Technologies,<br>INTELIQUENT, INC.;<br>NOS COMMUNICATIONS, INC., and<br>TELIAX, INC.<br><br>            Defendants. | Case No.: 5:19-CV-00237-JPB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Corey L. Palumbo, of the law firm of Bowles Rice LLP, is appearing as counsel for Defendants Centurylink Communications, LLC and Level 3 Communications, LLC (collectively the "Lumen Defendants"), in the above-caption action. Please send copies of all further pleadings, correspondence and other documents regarding this action to the following address:

Stuart A. McMillan (WVSB #6352)
Corey L. Palumbo, Esquire (WVSB No. 7765)
Grayson N. O'Saile (WVSB #14091)
Bowles Rice LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone: (304) 347-1781
Facsimile: (304) 347-1746
smcmillan@bowlesrice.com
cpalumbo@bowlesrice.com
gosaile@bowlesrice.com

13868513.1

        CENTURYLINK COMMUNICATIONS, LLC
AND LEVEL 3 COMMUNICATIONS, LLC

By Counsel.

*/s/ Corey L. Palumbo*
Stuart A. McMillan (WVSB #6352)
Corey L. Palumbo, Esquire (WVSB #7765)
Grayson N. O'Saile (WVSB #14091)
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1100
Fax: (304) 347-1746
smcmillan@bowlesrice.com
cpalumbo@bowlesrice.com
gosaile@bowlesrice.com

Russell S. Jones, Jr. (admitted *pro hac vice*)
Robert V. Spake, Jr. (admitted *pro hac vice*)
Elizabeth Marden (admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
rjones@polsinelli.com
rspake@polsinelli.com
lmarden@polsinelli.com

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY,<br>    Individually and on<br>    behalf of a proposed class,<br><br>        Plaintiff,<br><br>    v.<br><br>ALL ACCESS TELECOM, INC.,<br>BANDWIDTH INC.,<br>CENTURYLINK COMMUNICATIONS.,<br>LLC, d/b/a Lumen Technologies,<br>LEVEL 3 COMMUNICATIONS, LLC,<br>d/b/a Lumen Technologies,<br>INTELIQUENT, INC.;<br>NOS COMMUNICATIONS, INC., and<br>TELIAX, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 5:19-CV-00237-JPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the **4th day of August**, **2022**, I filed a **"Notice of Appearance**," via the Court's CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Benjamin J. Hogan, Esquire
Bailey & Glasser, LLP
6 Canyon Road, Suite 200
Morgantown, West Virginia  26508

John W. Barrett, Esquire
Johnathan R. Marshall, Esquire
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia  25301

13868513.1

Yvette Golan, Esquire (Admitted *Pro Hac Vice*)
The Golan Firm PLLC
2000 M Street NW, Suite 750-A
Washington, DC  20036

William P. Howard, Esquire (Admitted *Pro Hac Vice*)
The Consumer Protection Firm, PLLC
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, Florida  33602

*Counsel for Plaintiff*

Jeffrey A. Grove, Esquire
Jeffrey A. Holmstrand, Esquire
Grove, Holmstrand & Delk, PLLC
44-1/2 15th Street
Wheeling, West Virginia  26003

*Counsel for Defendant All Access Telecom, Inc.*

Amy E. Richardson, Esquire (Admitted *Pro Hac Vice*)
Harris, Wiltshire & Grannis LLP
1919 M Street NW, Eighth Floor
Washington, DC  20036-3537

Danielle Waltz, Esquire
Laura Ann Hoffman, Esquire
Blair Wessels, Esquire
Jackson Kelly PLLC
500 Lee Street, Suite 1600
Charleston, West Virginia  25322

*Counsel for Defendant Bandwidth Inc.*

Carrie Goodwin Fenwick, Esquire
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, West Virginia  25328-2107

13868513.1

        Glenn T. Graham, Esquire (Admitted *Pro Hac Vice*)
        Lauri A. Mazzuchetti, Esquire
        Kelley Drye & Warren LLP
        One Jefferson Road
        Parsippany, New Jersey  07054

*Counsel for Defendant NOS Communications, Inc.*

        Bryant J. Spann, Esquire
        M. David Griffith, Jr., Esquire
        Thomas Combs & Spann, PLLC
        300 Summers Street, Suite 1380
        Charleston, West Virginia  25338-3824

        Ezra D. Church, Esquire (Admitted *Pro Hac Vice*)
        Natalie M. Georges, Esquire (Admitted *Pro Hac Vice*)
        Morgan, Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, Pennsylvania  19103-2921

*Counsel for Defendant Inteliquent, Inc.*

        */s/ Corey L. Palumbo*
        Corey L. Palumbo, Esquire (WVSB No. 7765)
        Bowles Rice LLP
        600 Quarrier Street (25301)
        Post Office Box 1386
        Charleston, West Virginia 25325-1386
        Telephone: (304) 347-1781
        Facsimile: (304) 347-1746
        cpalumbo@bowlesrice.com