# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a proposed class

**Plaintiff(s),**

v.

ALL ACCESS TELECOM, INC., et al.

Civil NO: 5:19-cv-00237-JPB

**Defendant(s).**

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Panida A. Anderson, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8.9.22

_____
United States District Judge