IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

DIANA MEY, individually
and on behalf of a proposed class,

    Plaintiff,

v.                                        Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC., et al.,

    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF PLAINTIFF'S CLAIMS AGAINST LUMEN TECHNOLOGIES

The Lumen Defendants (CenturyLink Communications, LLC, and Level 3 Communications, LLC) and Plaintiff Diana Mey, having reached a compromise and full settlement, stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against the Lumen Defendants are dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated:  August 24, 2022

                                              */s/ John W. Barrett*
                                              John W. Barrett (WV Bar No. 7289)
                                              BAILEY & GLASSER LLP
                                              209 Capitol Street
                                              Charleston, WV 25301
                                              Telephone: 304-345-6555
                                              Facsimile: 304-342-1110
                                              JBarrett@baileyglasser.com

                                              *Counsel for Plaintiff*

15032065.1

/s/ *Stuart A. McMillan*
Stuart A. McMillan (WVSB #6352)
Corey L. Palumbo (WVSB # 7765)
Bowles Rice LLP
PO Box 1386
600 Quarrier St.
Charleston, WV 25325-1386
Telephone: 304-347-1100
Facsimile: 304-347-1746
Email: smcmillan@bowlesrice.com
            cpalumbo@bowlesrice.com

Russell S. Jones, Jr. (Admitted Pro Hac Vice)
Polsinelli PC
900 W. 48th Place
Kansas City, MO 64112
Telephone:  (816) 374-0532
Facsimile:   (816) 817-0198
Email: rjones@polsinelli.com

*Counsel for CenturyLink Communications, LLC, and Level 3 Communications, LLC*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY,       Individually and on       behalf of a proposed class, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 5:19-CV-00237-JPB ) |
| ALL ACCESS TELECOM, INC., BANDWIDTH INC., CENTURYLINK COMMUNICATIONS., LLC, d/b/a Lumen Technologies, LEVEL 3 COMMUNICATIONS, LLC, d/b/a Lumen Technologies, INTELIQUENT, INC.; NOS COMMUNICATIONS, INC., and TELIAX, INC. | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **24th day of August, 2022**, I filed the ***Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Lumen Technologies***, via the Court's CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Benjamin J. Hogan, Esquire
Bailey & Glasser, LLP
6 Canyon Road, Suite 200
Morgantown, West Virginia 26508

Panida A. Anderson, Esquire
Bailey & Glasser, LLP
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007

15032065.1

John W. Barrett, Esquire
Johnathan R. Marshall, Esquire
William S. Flynn, Esquire
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia  25301

Yvette Golan, Esquire (Admitted *Pro Hac Vice*)
The Golan Firm PLLC
2000 M Street NW, Suite 750-A
Washington, DC  20036

William P. Howard, Esquire (Admitted *Pro Hac Vice*)
Amanda J. Allen, Esquire (Admitted *Pro Hac Vice*)
The Consumer Protection Firm, PLLC
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, Florida  33602

*Counsel for Plaintiff*

Jeffrey A. Grove, Esquire
Jeffrey A. Holmstrand, Esquire
Grove, Holmstrand & Delk, PLLC
44-1/2 15th Street
Wheeling, West Virginia  26003

*Counsel for Defendant All Access Telecom, Inc.*

Amy E. Richardson, Esquire (Admitted *Pro Hac Vice*)
HWG LLP
1919 M Street NW, Eighth Floor
Washington, DC  20036-3537

Danielle Waltz, Esquire
Laura Ann Hoffman, Esquire
Blair E. Wessels, Esquire
Jackson Kelly PLLC
500 Lee Street, Suite 1600
Charleston, West Virginia  25322

*Counsel for Defendant Bandwidth Inc.*

Carrie Goodwin Fenwick, Esquire
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, West Virginia  25328-2107

Glenn T. Graham, Esquire (Admitted *Pro Hac Vice*)
Lauri A. Mazzuchetti, Esquire
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, New Jersey  07054
*Counsel for Defendant NOS Communications, Inc.*

Bryant J. Spann, Esquire
M. David Griffith, Jr., Esquire
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, West Virginia  25338-3824

Ezra D. Church, Esquire (Admitted *Pro Hac Vice*)
Natalie M. Georges, Esquire (Admitted *Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921

*Counsel for Defendant Inteliquent, Inc.*

/s/ Stuart A. McMillan
Stuart A. McMillan (WVSB #6352)
Bowles Rice LLP
PO Box 1386
600 Quarrier St.
Charleston, WV 25325-1386
Telephone: 304-347-1100
Facsimile: 304-347-1746
Email: smcmillan@bowlesrice.com