# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

DIANA MEY, individually
and on behalf of a proposed class,

    Plaintiff,

v.                                                          Civil Action No. 5:19-cv-00237-JPB

ALL ACCESS TELECOM, INC., et al.,

    Defendants.

## ORDER FOR STIPULATED DISMISSAL WITH PREJUDICE
## AGAINST DEFENDANTS CENTURYLINK COMMUNICATIONS, LLC
## AND LEVEL 3 COMMUNICATIONS, LLC

AND NOW, this 30th day of August, 2022, upon consideration of the Stipulation (ECF No. 468) filed, it is hereby ORDERED that all claims brought in this case against Defendants CenturyLink Communications, LLC and Level 3 Communications, LLC are DISMISSED WITH PREJUDICE. It is further ORDERED that each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.    8-30-22

                                                                 JOHN PRESTON BAILEY
                                                                 United States District Judge