**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**WHEELING DIVISION**

**DIANA MEY, individually
and on behalf of a proposed class,**

      **Plaintiff,**

v.                                                        Civil Action No. 5:19-cv-00237-JPB

**ALL ACCESS TELECOM, INC., et al.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th of September 2022, a copy of Plaintiff's Notice of Videotaped Deposition of Mary Hochheimer was served upon all counsel of record, via electronic mail.

    Amy E. Richardson
    Harris, Wiltshire & Grannis LLP
    1919 M Street NW, Eighth Floor
    Washington, DC 20036-3537
    (919) 429-7386
    Fax: (202) 730-1301
    Email: arichardson@hwglaw.com

    Danielle Waltz
    Blair Elizabeth Wessels
    Laura Hoffman Lorensen
    Jackson Kelly PLLC - Charleston
    500 Lee Street
    Suite 1600
    PO Box 553
    Charleston, WV 25322
    (304) 340-1160
    Fax: (304) 340-1130
    dwaltz@jacksonkelly.com
    blair.wessels@jacksonkelly.com
    laura.hoffman@jacksonkelly.com

Bryant J. Spann
M. David Griffith, Jr.
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800
Fax: (304) 414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com

Ezra D. Church
Natalie M. Georges
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5710
Fax: (215) 963-5001
ezra.church@morganlewis.com
natalie.georges@morganlewis.com

*/s/ John W. Barrett*
John W. Barrett