E.coIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually
and on behalf of a proposed class,

        Plaintiff,

v.                                   **CIVIL ACTION NO. 5:19-CV-237**
                                         Judge Bailey

**ALL ACCESS TELECOM, INC.,**
et al.,

        Defendants.

## DISMISSAL ORDER

Inasmuch as the remaining parties have advised this Court that they have reached stipulations of dismissal [Docs. 549 & 550], it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED**: January 6, 2023.

                                                                     **JOHN PRESTON BAILEY**
                                                                     **UNITED STATES DISTRICT JUDGE**